UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CV-22689-SCOLA/OTAZO-REYES

YOSDALIS E. GARCIA,

    Plaintiff,

v.

UNIVISTA HOLDINGS INC and
IVAN HERRERA,

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RULE 41 VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, YOSDALIS E. GARCIA, hereby notices the voluntary dismissal of this action **with prejudice** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), *see Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272 (11th Cir. 2012), and HEREBY CERTIFIES that a true and correct copy of the foregoing was served through filing in CM/ECF ECF on this 5th day of August, 2016, on Brian H. Pollock, Esq., brian@fairlawattorney.com, FAIRLAW FIRM, as *Counsel for Defendants*, 7300 N. Kendall Drive, Suite 450, Miami, FL 33156.

                                          **ZANDRO E. PALMA, P.A.**
                                          **Attorney for Plaintiff**
                                          9100 S. Dadeland Blvd.
                                          Suite 1500
                                          Miami, FL 33156
                                          Telephone: (305) 446-1500
                                          Facsimile: (305) 446-1502
                                          zep@thepalmalawgroup.com

                                          BY: **s/Zandro E. Palma**
                                          Zandro E. Palma Esq.
                                          Florida Bar No.: 0024031